```
                        United States Bankruptcy Court
                         Northern District of Indiana
In re:                                                      Case No. 12-21390-kl
Jimmie Lee Gross                                            Chapter 13
         Debtor           CERTIFICATE OF NOTICE
District/off: 0755-2         User: lmb                  Page 1 of 3         Date Rcvd: Apr 19, 2012
                             Form ID: b9i               Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2012.
```
db           +Jimmie Lee Gross,    455 Polk Street,    Gary, IN 46402-1012
tr           +Paul R. Chael,    401 West 84th Drive,    Suite C,   Merrillville, IN 46410-5568
11812494     +Allied Interstate, Inc.,    3000 Corporate Exchange Dr.,    Columbus, OH 43231-7684
11812495     +Allstate,    PO Box 3589,    Akron, OH 44309-3589
11812496     +Beneficial Finance, Inc.,    c/o Bruce Arnold,    251 North Illinois Street,    Suite 1700,
               Indianapolis, IN 46204-1944
11812497     +Bowman Heintz, Boscia&Vician,    D08-1006-SC-4822,    8605 Broadway,    Merrillville, IN 46410-7033
11812498     +Bowman, Heintz, Boscia, & Vician,    D08-0804-SC-21350,    8605 Broadway,
               Merrillville, IN 46410-7033
11812499     +Bowman, Heintz, Boscia, & Vician,    D08-1008-SC-6737,    8605 Broadway,
               Merrillville, IN 46410-7033
11812501      Citifinancial,    Bsp13a,    Baltimore, MD 21202
11812502     +Cpu/citi - Conoco Phillips Union,    Attn: Centralized Bankruptcy,    Po Box 20363,
               Kansas City, MO 64195-0363
11812503     +Credit Control, LLC,    5757 Phantom Dr., Suite 330,    Hazelwood, MO 63042-2429
11812505     +First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
11812507     +FirstSource Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
11812508     +Frdm/cbsd,    Po Box 2017,    Eltin, IL 60121-2017
11812509     +HSBC,    c/o Christopher Hedges,    1260 East Summit Street,    45D08-0804-SC-1993,
               Crown Point, IN 46307-2731
11812513      Indiana Department of Revenue,    State Office Building,    Indianapolis, IN 46204
11812514     +J.C. Christensen & Assoc., Inc.,    PO Box 519,    Sauk Rapids, MN 56379-0519
11812515     +Lake Circuit Court,    45C01-1011-MF-592,    2293 N. Main Street.,    Crown Point, IN 46307-1854
11813289     +Lake County Treasurer,    Attention: Bankruptcy Clerk,    2293 North Main Street,
               Crown Point IN 46307-1854
11812519     +Lake Superior Court,    2293 N. Main Street,    45D08-0804-SC-1993,    Crown Point, IN 46307-1854
11812516     +Lake Superior Court,    D08-0804-SC-2135,    2293 N. Main Street,    Crown Point, IN 46307-1854
11812518     +Lake Superior Court,    D08-1006-SC-4822,    2293 N. Main Street,    Crown Point, IN 46307-1854
11812517     +Lake Superior Court,    D08-1008-SC-6737,    2293 N. Main Street,    Crown Point, IN 46307-1854
11812523     +Nelson, Watson& Association,    80 Merrimack St.,    Haverhill, MA 01830-5202
11812524      North Star Capital Acquisition LLC,    North Pointe Pkwy, Suite 300,    Amherst, NY 14228
11812525      North Star Capital Acquisitioon LLC,    North Pointe Pkwy, Suite 300,    Amherst, NY 14228
11812527     +Wright & Lerch,    2001 Reed Road Suite 100,    Fort Wayne, IN 46815-7311
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: bankruptcy@garryaweiss.com Apr 20 2012 07:29:56     Christopher R. Schmidgall,
               Six W. 73rd Avenue,    Merrillville, IN  46410
11812500     +EDI: CITICORP.COM Apr 20 2012 01:48:00     Citgo Oil / Citibank,    Attn: Bankruptcy,
               Po Box 20507,    Kansas City, MO 64195-0507
11812504     +EDI: CITICORP.COM Apr 20 2012 01:48:00     Exxmblciti,    Attn.: Centralized  Bankruptcy,
               Po Box 20363,    Kansas City, MO 64195-0363
11812506     +EDI: AMINFOFP.COM Apr 20 2012 01:43:00     First Premier Bank,    601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
11812511     +EDI: HFC.COM Apr 20 2012 01:48:00     HSBC Bank Nevada NA,    PO Box 5213,
               Carol Stream, IL 60197-5213
11812510     +EDI: HFC.COM Apr 20 2012 01:48:00     Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,
               Carol Stream, IL 60197-5213
11812512     +EDI: HFC.COM Apr 20 2012 01:48:00     Hsbc/rs,    Attn: Bankruptcy Department,    Po Box 5263,
               Carol Stream, IL 60197-5263
11813290     +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Apr 20 2012 08:30:19
               Indiana Department of Revenue,    Bankruptcy Section, N-240,    100 North Senate Avenue,
               Indianapolis IN 46204-2253
11812521      EDI: RESURGENT.COM Apr 20 2012 01:48:00     LVNV Funding LLC,    PO Box 10584,
               Greenville, SC 29603-0584
11812520     +EDI: RESURGENT.COM Apr 20 2012 01:48:00     Lvnv Funding Llc,    Po Box 740281,
               Houston, TX 77274-0281
11812522     +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 20 2012 09:19:12     Nco Fin /99,
               Po Box 15636,    Wilmington, DE 19850-5636
11812526      EDI: AGFINANCE.COM Apr 20 2012 01:48:00     Springleaf Financial S,    2414 Interstate Plaza Dr,
               Hammond, IN 46324
                                                                                               TOTAL: 12
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0755-2          User: lmb              Page 2 of 3               Date Rcvd: Apr 19, 2012
                              Form ID: b9i           Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2012**                                **Signature:** _Joseph Speetjens_

```
District/off: 0755-2          User: lmb              Page 3 of 3            Date Rcvd: Apr 19, 2012
                              Form ID: b9i           Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2012 at the address(es) listed below:

          Christopher R. Schmidgall    on behalf of Debtor Jimmie Gross bankruptcy@garryaweiss.com
          Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov
          Paul R. Chael    ECF@pchael13.com,
           pchael.c13@ecf.epiqsystems.com;charlene@pchael13.com;valerie@pchael13.com

                                                                                         TOTAL: 3

**FORM B9I** (Chapter 13 Case) (12/11)            Case Number **12–21390–kl**

## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 4/18/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jimmie Lee Gross
455 Polk Street
Gary, IN 46402

| Case Number:<br>12–21390–kl | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–7139 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Christopher R. Schmidgall<br>Six W. 73rd Avenue<br>Merrillville, IN 46410<br>Telephone number:  (219) 736–5297 | Trustee assigned by U.S. Trustee (name and address):<br>Paul R. Chael<br>401 West 84th Drive<br>Suite C<br>Merrillville, IN 46410<br>Telephone number:  219–650–4015 |

### Meeting of Creditors:

Date: **May 17, 2012**      Time: **11:00 AM**      Note: **Professional Dress Required!**
**Photo ID Required!**
**Proof of SSN Required!**

Location: **401 West 84th Drive, Suite B, Merrillville, IN 46410**

Interpreter Service: No cost telephone interpretation service may be available for the debtor. Contact the trustee for additional information.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

#### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **8/15/12**    For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1): **10/15/12**

#### Creditors with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

#### Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/16/12

**The debtor must file a certification of completion of an instructional course concerning personal financial management (Official Form 23) with the clerk before the last payment under a confirmed plan or before filing a motion for discharge. The failure to do so may result in the case being closed without issuing a discharge.**

#### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

#### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan.  The plan or a summary of the plan and notice of confirmation hearing will be sent separately.

#### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

#### No two–sided filings permitted pursuant to N.D.Ind. L.B.R. B–5005–2(a)

| **Address of the Bankruptcy Clerk's Office:**<br>5400 Federal Plaza<br>Suite 2200<br>Hammond, IN 46320<br><br>Hours Open:  Monday – Friday 9:00 AM – 4:00 PM | **For the Court:**    Clerk of the Bankruptcy Court:<br>Christopher M. DeToro<br>219–852–3480<br><br>Date: 4/19/12 |

## EXPLANATIONS

FORM B9I (12/11)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web Site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−